EDWARD H. KUBO, JR.  #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

MARK A. INCIONG  CA BAR #163443
Assistant United States Attorney
PJKK Federal Building
300 Ala Moana Blvd., Room 6-100
Honolulu, HI 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: mark.inciong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00177 HG |
| Plaintiff, | ) ) ) | FIRST SUPERSEDING INDICTMENT |
| v. | ) ) | [21 U.S.C. §§ 841(a)(1), 841(b)(1)(A)] |
| WAI HO LIAO, | ) ) ) | |
| Defendant. | ) ) | |

FIRST SUPERSEDING INDICTMENT

The Grand Jury charges that:

On or about April 14, 2005, in the District of Hawaii, defendant, WAI HO LIAO, did knowingly and intentionally attempt to possess, with intent to distribute, 50 grams or more, to wit: approximately 1,724 grams, of methamphetamine, its salts, isomers and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

Dated: June 7, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Chief, Narcotics Section

_____
MARK A. INCIONG
Assistant U.S. Attorney

United States v. Wai Ho Liao
First Superseding Indictment
CR. No. 05-00177 HG

2